# United States District Court
## Southern District of Georgia

KETWON WESTMORELAND,

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 618-085

MR. PINEIRO,

Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

pursuant to the Order dated January 31, 2019 adopting the Report and Recommendation as the Court's opinion, that Plaintiff's objections are overruled and his Complaint is dismissed without prejudice; furthermore, Plaintiff is denied in forma pauperis status on appeal, and this case stands closed.

| | |
|---|---|
| 01/31/2019 | Scott L. Poff |
| Date | Clerk |
| | /s/ Jamie Hodge |
| | (By) Deputy Clerk |